ACCEPTED
03-16-00239-CV
14603629
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2017 12:35:34 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00239-CV

| | | |
|---|---|---|
| ROSEMARY NWANKPA, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | 3rd JUDICIAL DISTRICT |
| V. | § | |
| | § | AUSTIN, TEXAS |
| CECILIA OBILOM, | § | |
| Appellee. | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2017 12:35:34 PM
JEFFREY D. KYLE
Clerk

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Cecilia Obilom (Appellee) and for her Unopposed Motion to Extend Time to File Brief shows as follows:

I.

On December 13, 2016, Appellant filed her brief with this court. Appellee's brief would be due on or before January 12, 2017, or thirty (30) days after Appellant's brief.

II.

Under normal circumstances Appellee's Counsel's workload, especially certain activities required at the end of the calendar year, would require Counsel to request additional time to file Appellee's brief. In addition to that workload, Counsel was diagnosed with pneumonia on December 27, 2016 and was unable to work more than

*Appellee's Agreed Motion to Extend Time to File Brief*
*c:\Obilom\20170106 MotXtdBrief.wpd\Page 1 of 3*
*File No. 242912.01*

an hour or so a day for a full week. Counsel's work capacity is still somewhat limited, and Counsel is unable to complete Appellee's brief by the date due.

III.

Because of the factors described above, Appellee's counsel requests an extension of time until February 24, 2017 to file Appellee's brief.

Prayer

WHEREFORE, PREMISES CONSIDERED, Appellee prays that the time by which Appellee must file her brief be extended to February 24, 2017.

Respectfully submitted,

Law Office of RICHARD H. ANTON,
   A Professional Corporation
P.O. Box 26797
Austin, Texas 78755-0797
Telephone No. (512) 343-0112
Telecopier No. (512) 343-8410
richardanton@alumni.utexas.net


BY:  /s/ Richard H. Anton      
   RICHARD H. ANTON
   State Bar No. 01274800
   richardanton@alumni.utexas.net
    ATTORNEY FOR APPELLEE
Cecilia Obilom

*Appellee's Agreed Motion to Extend Time to File Brief*
*c:\Obilom\20170106 MotXtdBrief.wpd\Page 2 of 3*
*File No. 242912.01*

## Certificate of Conference

Appellee's counsel certifies that he has conferred with Appellant's counsel regarding this motion and that Appellant's counsel does not oppose this request.

## Certificate of Service

I hereby certify that I served a copy of the above and foregoing Motion to Extend Time on Appellant's counsel William Apt through the court's efiling system on January 6, 2017.

/s/ Richard H. Anton
Richard H. Anton

*Appellee's Agreed Motion to Extend Time to File Brief*
*c:\Obilom\20170106 MotXtdBrief.wpd\Page 3 of 3*
*File No. 242912.01*